**Ruth E. WILLIS, Appellant,**

v.

**BESAM AUTOMATED ENTRANCE SYSTEMS, INC.; Marriott International, Inc., Appellees.**

No. 05–5349.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit L.A.R. 34.1(a) June 14, 2007.

Filed: June 21, 2007.

Bernard M. Gross, Michael N. Borish, Law Offices of Bernard M. Gross Juniper & Market, Philadelphia, PA, for Appellant.

Eric A. Weiss, Marshall, Dennehey, Warner, Coleman & Goggin, Carl D. Buchholz, III, Michael C. Gallagher, Rawle & Henderson, Philadelphia, PA, for Appellees.

---

Before: McKEE, STAPLETON, and NYGAARD, Circuit Judges.

OPINION

McKEE, Circuit Judge.

Ruth E. Willis appeals the District Court's grant of summary judgment in favor of defendants, Besam Automated Entrance Systems, Inc. and Marriott International, Inc. Willis is challenging the court's decision to preclude the testimony of her proposed expert, Ronald Panunto. For the reasons that follow, we will affirm.

Willis's suit stems from an incident that occurred on May 18, 2003. Willis contends that she was injured by the automatic revolving door of the Marriott Wardman Park Hotel in Washington D.C. Since we are writing primarily for the parties, we need not reiterate the factual or procedural history of this case in detail.

In its thorough and well-reasoned opinion, the District Court clearly addressed the arguments Willis is making before us. *See Willis v. Besam*, 2005 WL 2902494 (E.D.Pa. Nov.3, 2005). The District Court has accurately explained why it was appropriate to reject the expert report that is the focus of this appeal, and there is little we can add to what the District Court has already said.

Accordingly, we will affirm substantially for the reasons set forth by the District Court.